UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN FITZGERALD HENDERSON, SR.,
Inmate # D87291,
    Plaintiff,

v.                                                                  Case No. 3:16cv28/MCR/EMT

CORIZON HEALTHCARE
CORPORATION, et al.,
    Defendants.
_____/

## **O R D E R**

This case is under consideration on the Chief Magistrate Judge's Report and Recommendation dated June 22, 2016. ECF No. 10. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). *See* ECF No. 11. The court has made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and that Plaintiff be assessed a "strike" under 28 U.S.C. § 1915(e).

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 16th day of September 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**